**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**COLUMBIA DIVISION**

| | | |
|---|---|---|
| Ty'Ran Tyrell Dixon,<br><br>Plaintiff,<br><br>v.<br><br>Steven W. Griffith, Matthew Davis, Noah Klienholtz, Carlos Colindres, and Shawn Murray,<br><br>Defendants. | ) | Civil Action No.: 3:25-cv-09847-JFA-WSB<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT MURRAY** |

The parties, hereby stipulate, pursuant to Rule 41, Fed.R.Civ.P., to the dismissal, without prejudice, of all claims against Defendant Shawn Murray in the above-captioned matter. The undersigned also asserts that each of their respective parties will bear their own costs, fees, and expenses associated with this stipulation.

WE SO STIPULATE:

*s/ Robert F. Goings*
Robert F. Goings, Fed ID No. 9838
Morgan Drapeau, Fed ID No. 13452
Goings Law Firm, LLC
AND
Joseph M. McCulloch, Fed. ID No. 2785
Kathy R. Schillaci, Fed. ID No. 7792
McCulloch & Schillaci, Attorneys at Law
*Counsel for Plaintiff*

*s/ Alison D. Hood*
Norma A.T. Jett, Fed ID No. 5101
Alison D. Hood, Fed ID No. 11078
Ness & Jett, LLC
*Counsel for Defendants Griffith, Davis and Kleinholtz*

*s/ Daniel C. Plyler*
Daniel C. Plyler, Fed ID No. 9762
SMITH | ROBINSON
3200 Devine Street
Columbia, South Carolina 29205

*Counsel for Defendants Colindres and Murray*